| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:10CR191 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 21CR165 |

FILED MAY 18 2021

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Robert Egan | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE John F. Keenan | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/31/2020 | TO 12/30/2023 |

**OFFENSE**

Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of 18 USC 1349 and 1344 &2..

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/5/21
*Date*

*John F. Keenan*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "MIDDLE DISTRICT OF NORTH CAROLINA"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 6, 2021
*Effective Date*

*Thomas A Schroeder*
*United States District Judge*

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY *Clarissa Remache*
Deputy Clerk